UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J HARRISON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DNC PARKS & RESORTS AT YOSEMITE, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 14-cv-00451-WHO<br><br>**ORDER RE MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 18 |

　　　　On March 31, 2014, defendant United States filed a motion asking the Court to stay all proceedings in this case pending the determination of the Judicial Panel on Multidistrict Litigation on defendant's motion to transfer this and related cases to the Eastern District of California. Docket No. 16. Defendant noticed its motion to stay for hearing on May 14, 2014, and did *not* file an administrative motion seeking to shorten the time for the hearing or determination of its motion. Defendant's motion to stay is not unopposed and the opposition or response of plaintiffs is not due until April 14, 2014.

　　　　The Court – by a *Clerk's Notice* (not an Order) filed on April 4, 2014 – continued the Case Management Conference date to June 17, 2014, in order to conserve the resources of the Court and counsel prior to the determination of the motion to stay.

　　　　Defendant then filed a motion for administrative relief in connection with its prior motion to stay, which seeks to clarify the Clerk's Notice. The Court will construe the administrative motion as a motion to shorten time so that the Court rules on Defendant's stay application prior to May 14, 2014. The Court will then construe Plaintiffs' response to the motion to stay, if one is filed on or before April 14, 2014, as a response to the administrative motion as well, and will then address both motions.

　　　　For future reference, the Court observes that while it may well be appropriate to grant a

1 stay of proceedings pending the decision of JPML, due process requires that the Plaintiffs have an
2 opportunity to be heard.  The motion filed on March 31, 2014, unaccompanied by a request to
3 shorten time and briefing schedule, did not allow that to happen within the time frame it now
4 appears that Defendant desired.

5     **IT IS SO ORDERED**.

6 Dated: April 10, 2014



WILLIAM H. ORRICK
United States District Judge