AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Christopher J. Harrison, et al.
      Plaintiff (s),
V.
DNS Parks & Resorts at Yosemite, Inc., et al.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**; DIRECTIONS TO CLERK

CASE NUMBER: C14-0451-~~WHO~~ MMC

Notice is hereby given that, subject to approval by the court, __Christopher Harrison, Felicia Tornabe__ substitutes
                  (Party (s) Name)

__Paul E. Rice__, State Bar No. __062509__ as counsel of record in
(Name of New Attorney)

place of __Paul E. Rice__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Mount, Spelman & Fingerman, P.C.
Address: 333 W. San Carlos St., Ste. 1650
Telephone: (408) 279-7000  Facsimile (408) 998-1473
E-Mail (Optional):

I consent to the above substitution.
Date: 8/2/15
      (Signature of Party (s))

I consent to being substituted.
Date: 7/21/15
      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/21/15
      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED. The Clerk is DIRECTED to change the contact information for Paul E. Rice to that set forth above, which address is located in San Jose, CA, 95110.
Date: August 6, 2015
      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]