JOHN C. STEIN (SBN 039417)
JAMES P. COLLINS (SBN 097266)
THE BOCCARDO LAW FIRM, INC.
Attorneys at Law
111 West St. John St., Suite 400
San Jose, CA 95113
Telephone: (408) 298-5678
Facsimile (408) 298-7503
jstein@boccardo.com
jcollins@boccardo.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION | Case No.: C 14-MD-02532-MMC |
| THIS DOCUMENT RELATES TO: | ORDER DISCHARGING COUNSEL OF RECORD |
| CHRIS HARRISON, FELICIA TORNABENE, | Trial Date: September 25, 2017 |
| 1: 14-cv-00451-MMC | |

The Application to Discharge Counsel of Record having been considered, and good cause having been shown, it is hereby ordered that Mount, Spelman and Fingerman, P.C. shall be discharged as counsel of record in the above entitled matter. The sole counsel of record for Plaintiffs Christopher J. Harrison and Felicia J. Tornabene shall be the Boccardo Law Firm, Inc., effective immediately upon the execution of this Order. All pleadings will be served on the Boccardo Law Firm, Inc. only.

Dated: September 30, 2016

Maxine M. Chesney
United States District Judge

-1-

ORDER DISCHARGING COUNSEL OF RECORD