Kevin J. English (admitted *pro hac vice*)
kenglish@phillipslytle.com
Daniel R. Maguire (admitted *pro hac vice*)
dmaguire@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203-2887
Phone: 716-847-8400 ♦ Fax: 716-852-6100

Kevin D. Smith (State Bar No. 113633)
ksmith@wshblaw.com
Patrick S. Schoenburg (State Bar No. 162842)
pschoenburg@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
7112 North Fresno Street, Suite 160
Fresno, California 93720-2949
Phone: 559-437-2860 ♦ Fax: 559-438-1350

Attorneys for Defendants DELAWARE NORTH COMPANIES, INC.; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC.; DNC PARKS & RESORTS AT YOSEMITE, INC.; and DNC PARKS & RESORTS RESERVATIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION | Docket No. C 14-MD-02532 MMC |
| | **STIPULATION TO EXCLUDE CERTAIN EVIDENCE FROM INTRODUCTION AT TRIAL AND [PROPOSED] ORDER** APPROVING STIPULATION IN PART |
| THIS DOCUMENT RELATES TO: | The Hon. Maxine M. Chesney |
| ~~ALL CASES~~ Harrison, et al., v. DNC Parks & Resorts at Yosemite, et al. | Trial Date: 4/2/18 |

Plaintiffs Christopher J. Harrison and Felicia J. Tornabene (collectively "Plaintiffs"), and Delaware North Companies, Inc., Delaware North Companies Parks & Resorts, Inc., DNC Parks & Resorts at Yosemite, Inc., and DNC Parks & Resorts Reservations, Inc. (collectively "Defendants") stipulate and request entry of an Order as follows:

To exclude the following evidence from introduction at trial:

1.   To exclude all evidence of Defendants' liability insurance;

2. To exclude all evidence of offers to compromise and settlement negotiation;

3. To exclude examining counsel from introducing documentary evidence prior to presenting such evidence to opposing counsel outside the presence of the jury;

4. To exclude the presence of witnesses from the Courtroom prior to time of examination;

5. To exclude mention of Defendants' net worth prior to Phase II of the trial pursuant to stipulation; and

6. To exclude the calling of witnesses without identifying such witnesses on the prior trial day.

The parties and their counsel and witnesses stipulate and agree to refrain from making any mention, directly or indirectly, in any manner whatsoever, of the matters set forth above without first approaching the bench and obtaining a ruling from the court, outside the presence and hearing of all prospective jurors and of the jurors ultimately selected in this case.

**IT IS SO STIPULATED.**

DATED: February 27, 2018      THE BOCCARDO LAW FIRM

By: /s/ James P. Collins
JAMES P. COLLINS
Attorneys for Plaintiffs CHRISTOPHER HARRISON and FELICIA TORNABENE

DATED: February 27, 2018      WOOD, SMITH, HENNING & BERMAN LLP

By: /s/ Patrick S. Schoenburg
KEVIN D. SMITH
PATRICK S. SCHOENBURG
Attorneys for Defendants DELAWARE NORTH COMPANIES, INC.; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC.; DNC PARKS & RESORTS AT YOSEMITE, INC.; and DNC PARKS & RESORTS RESERVATIONS, INC.

///

DATED: February 27, 2018         PHILLIPS LYTLE LLP

                                 By:   /s/ Kevin J. English
                                       KEVIN J. ENGLISH
                                       DANIEL R. MACQUIRE
                                 Attorneys for Defendants DELAWARE NORTH
                                 COMPANIES, INC.; DELAWARE NORTH
                                 COMPANIES PARKS & RESORTS, INC.; DNC
                                 PARKS & RESORTS AT YOSEMITE, INC.; and DNC
                                 PARKS & RESORTS RESERVATIONS, INC.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7112 NORTH FRESNO STREET, SUITE 160
FRESNO, CALIFORNIA 93720-2949
TELEPHONE 559-437-2860 ♦ FAX 559-438-1350

**[PROPOSED] ORDER**

Pursuant to the stipulation of all counsel **IT IS HEREBY ORDERED**:

That the parties will abide by and refrain from making any mention, directly or indirectly, in any manner whatsoever, of the following matters without first approaching the bench and obtaining a ruling from the court, outside the presence and hearing of all prospective jurors and of the jurors ultimately selected in this case:

1. To exclude all evidence of Defendants' liability insurance;

2. To exclude all evidence of offers to compromise and settlement negotiation;

3. To exclude examining counsel from introducing documentary evidence prior to presenting such evidence to opposing counsel outside the presence of the jury;

4. To exclude the presence of witnesses from the Courtroom prior to time of examination; and

5. To exclude mention of Defendants' net worth prior to Phase II of the trial pursuant to ~~stipulation; and~~ stipulation.

6. ~~To exclude the calling of witnesses without identifying such witnesses on the prior trial day.~~ *

**IT IS SO ORDERED.**

DATE: March 1, 2018

_____
The Hon. Maxine M. Chesney
JUDGE OF THE UNITED STATES DISTRICT COURT

\* The Court will discuss the above-stricken provision with counsel at the Pretrial Conference.